G. GEOFFREY ROBB (131515)
R. HUDSON HOLLISTER (323133)
GIBSON ROBB & LINDH LLP
1255 Powell Street
Emeryville, California 94608
Telephone:  (415) 348-6000
Facsimile:  (415) 348-6001
Email:     grobb@gibsonrobb.com
           rhollister@gibsonrobb.com

Attorneys for Plaintiffs
NAVIGATORS INSURANCE
COMPANY, INC. a/s/o POWIN
ENERGY HOLDINGS, LLC and
POWIN ENERGY HOLDINGS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVIGATORS INSURANCE COMPANY, INC. a/s/o POWIN ENERGY HOLDINGS, LLC.; and POWIN ENERGY HOLDINGS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>MAINFREIGHT, INC., and Does 1-10;<br><br>Defendants. | Case No. 2:25-cv-1423<br><br>**COMPLAINT FOR DAMAGE TO CARGO** |

Plaintiffs' complaint follows:

1.   Plaintiff NAVIGATORS INSURANCE COMPANY, INC. a/s/o POWIN ENERGY HOLDINGS, LLC ("Plaintiff"), is now, and at all times herein material was, a corporation duly organized and existing by virtue of law, and was the insurer of the cargo that is the subject of this action and of Powin Energy Holdings, LLC ("POWIN").

/ / /

/ / /

2. Plaintiff POWIN, is now, and at all times herein material was, a corporation duly organized and existing by virtue of law, and the owner of the hereinafter described cargo.

3. Plaintiffs are informed and believe, and on the basis of that information and belief alleges, that MAINFREIGHT, INC., a corporation; and DOES ONE through TEN, (hereafter "Defendants"), are now and at all times herein material were engaged in business as common carriers for hire within the United States and within this judicial district.

4. The true names of defendants sued herein as DOES ONE through TEN, each of whom is responsible for the events and matters herein referred to, and each of whom caused or contributed to the damage herein complained of, are unknown to Plaintiffs, who therefore sue said defendants by such fictitious names. Plaintiffs will amend their complaint to show the true names of said defendants when the same have been ascertained.

5. Plaintiffs' complaint contains a cause of action for damage to cargo arising under a statute of the United States, namely the Carriage of Goods by Sea Act ("COGSA"), 46 U.S.C. § 30701, and is therefore within the jurisdiction of this Court pursuant to 28 U.S.C. § 1331, as more fully appears herein. Additionally, the Court has admiralty jurisdiction pursuant to 28 U.S.C. § 1333. The bill of lading sued on herein contains a forum selection clause requiring suit to be brought in the United States District Court for the Central District of California. Venue is proper under 28 U.S.C. § 1391(b).

6. This is a cause of action for damage to ocean cargo, and is an admiralty and maritime claim within the meaning of Rule 9(h), Federal Rules of Civil Procedure, as hereinafter more fully appears.

7. Plaintiffs are informed and believe, and on the basis of such information and belief allege that, on or about December 10, 2023, at Haiphong, Vietnam, Defendants, and each of them, received a shipment of 192 energy

segments for carriage under bill of lading number VNSAN4639612, and others, issued by and/or on behalf of said defendants. Defendants, and each of them, agreed, under contracts of carriage and in return for good and valuable consideration, to carry said cargo from Haiphong, Vietnam to San Diego, California, and there deliver said cargo to the lawful holder of the aforementioned bill of lading, and others, in the same good order, condition, and quantity as when received.

8. Thereafter, in breach of and in violation of said agreements, and in violation of applicable regulations relating to the transportation of the cargo, Defendants, and each of them, did not deliver said cargo in the same good order, condition, and quantity as when received as when received at Haiphong, Vietnam. To the contrary, the cargo was badly damaged while in the care, custody, and control of Defendants. As a result, the cargo was depreciated in the amount of at least $3,569,030.64.

9. Prior to the shipment of the herein described cargo and prior to any loss thereto, Plaintiff NAVIGATORS issued its policy of insurance whereby Plaintiff NAVIGATORS agreed to indemnify POWIN, against its liability for loss of or damage to said cargo while in transit, including mitigation expenses, and Plaintiff NAVIGATORS has therefore become obligated to pay, and has paid to the person entitled to payment the sum of at least $3,569,030.64, which is the depreciation in value of the damaged cargo and related loss and expense on account of the herein described loss. Investigation into the cargo loss and adjustment of the claim are ongoing, and it is anticipated that Plaintiffs' damages will exceed $3,569,030.64. Once the full extent of damages is ascertained, Plaintiffs reserve their right to recover the full extent of the loss, including any further insurance payments made by NAVIGATORS to POWIN, POWIN's deductible, and any uninsured losses.

10. Plaintiffs have therefore been damaged in the sum of at least $3,569,030.64, or another amount according to proof at trial, no part of which has been paid, despite demand therefor.

WHEREFORE, Plaintiffs pray that this Court enter judgment in its favor and against Defendants, and each of them; that this Court decree payment by Defendants, and each of them, to Plaintiffs in the sum of at least $3,569,030.64, or another amount according to proof, together with prejudgment interest thereon and costs of suit herein; and that Plaintiffs have such other and further relief as in law and justice it may be entitled to receive.

Respectfully submitted,

Dated: February 20, 2025         GIBSON ROBB & LINDH LLP

/S/ R. HUDSON HOLLISTER
R. Hudson Hollister
rhollister@gibsonrobb.com
Attorneys for Plaintiffs
NAVIGATORS INSURANCE COMPANY, INC. a/s/o POWIN ENERGY HOLDINGS, LLC and POWIN ENERGY HOLDINGS, LLC